JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YUN CHEN, | ) | NO. EDCV 15-2417-GW(KS) |
|     Petitioner, | ) ) ) | |
| v. | ) | JUDGMENT |
| | ) ) | |
| DAVID VIATOR, et al., | ) ) | |
|     Respondent. | ) ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 29, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1